Ronald E. Stadtmueller, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 697836

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-11343 | 007-0 | KERRY GENE GODEAUX<br>Original Check written to:<br>SFC-CENTRAL BANKRUPTCY<br>652 BUSH RIVER RD # 206<br>COLUMBIA, SC  29210 | 021469403 | 179.54 | 54.69 | 0.00 | 54.69 |
| 04-11343 | 008-0 | KERRY GENE GODEAUX<br>Original Check written to:<br>SFC-CENTRAL BANKRUPTCY<br>652 BUSH RIVER RD # 206<br>COLUMBIA, SC  29210 | 0214-69602 | 244.17 | 74.38 | 0.00 | 74.38 |
| 04-20345 | 011-0 | JEANIE VANESSA BROADNAX<br>Original Check written to:<br>SFC-CENTRAL BANKRUPTCY<br>652 BUSH RIVER RD # 206<br>COLUMBIA, SC  29210 | 0149-75645 | 546.03 | 50.13 | 0.00 | 50.13 |
| 04-61318 | 010-0 | KAREN WALKER<br>Original Check written to:<br>HOUSEHOLD CREDIT<br>P O BOX 98724<br>LAS VEGAS, NV  89193 | 3112 / 4773 | 296.08 | 23.26 | 0.00 | 23.26 |
| 04-61775 | 002-0 | JOSE L MAS<br>Original Check written to:<br>FIDELITY BANK<br>5049 W. PARK BLVD.<br>PLANO, TX  75093- | 5611522 | 0.00 | 687.13 | 0.00 | 687.13 |
| 04-61857 | 011-0 | RICHARD LEE HALL<br>Original Check written to:<br>BRYAN STATE BANK<br>C/O COTTONWOOD FINANCIAL Ltd.<br>1300 W. WALNUT HILL LANE, SUITE 255<br>IRVING, TX  75038 | NO ACCT # PROVIDED | 940.63 | 1.81 | 0.00 | 1.81 |
| 05-60244 | 006-0 | JAMES COLUMBUS FORT JR<br>Original Check written to:<br>HC PROCESSING CENTER<br>PO BOX 22112<br>TULSA, OK  74121 | 2679200-6 | 1,316.86 | 3.24 | 0.00 | 3.24 |